# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SANDY SMITH, JR.

NO.    2021 CW 0149

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

**MAY 10, 2021**

---

In Re:    Sandy Smith, Jr., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 692017.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court is ordered to
act on the petition for judicial review filed by relator, Sandy
Smith, Jr., on or before July 01, 2021.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT